IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **COREY L. DIAMOND,** | ) |
| Plaintiff, | ) |
| vs. | ) CA 19-918-CG-MU |
| **HOSE O WEAVER AND SON,** | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action be **DISMISSED WITHOUT PREJUDICE**, prior to service of process, because Diamond has failed to allege in his complaint that he exhausted his administrative remedies before the EEOC as to the Defendant's alleged discrimination. *See Burnett v. City of Jacksonville, Florida,* 376 Fed.Appx. 905, 906-907 (11th Cir. Apr. 27, 2010) (upholding a district court's dismissal without prejudice of a litigant's civil action alleging gender discrimination and retaliation pursuant to Title VII for failure to allege exhaustion of administrative remedies where the district court afforded litigant the opportunity to re-file to cure any defects).

**DONE and ORDERED** this 16th day of December, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE